Marsaan NEWMAN, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 478, 2015

Supreme Court of Delaware.

Submitted: December 21, 2015
Decided: February 9, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID 1202018751

AFFIRMED.

In the MATTER OF a Member of the Bar of the Supreme Court of the State of Delaware: S. Harold LANKENAU, Respondent.

No. 81, 2016

Supreme Court of Delaware.

February 22, 2016

ODC File No. 112315–B

GRANTED.